IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| F.W., <br><br> **Plaintiff,** <br><br> v. <br><br> **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** <br><br> **Defendants.** | Civil Action No. 2:25-cv-00836 |

**ORDER**

Plaintiff has filed *ex parte* motions requesting, among other things, motion for expedited discovery of information held by Amazon.com related to the defendants identified on Schedule A of the complaint in support of plaintiff's motion for a temporary restraining order. This Court, having considered the motion by plaintiff for expedited discovery, and for good cause shown, it is hereby

ORDERED that plaintiff shall immediately serve limited discovery on Amazon.com sufficient to discover any name, email address, address, telephone number associated with such Amazon.com account(s).

The Clerk is directed to forward copies of this Order to counsel of record.

_____, 2026.

_____, Virginia

_____
United States Magistrate Judge