IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **F.W.,**<br><br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>　　　　**Defendants.** | Civil Action No. 2:25-CV-00836 (EWH/LRL) |

**NOTICE OF HEARING**

PLEASE BE ADVISED THAT on January 27th at 2:00 P.M., or as soon thereafter as counsel may be heard, Plaintiff F.W. will move this Court for entry of a Temporary Restraining Order in accordance with the accompanying motion and memorandum.

Date: January 20, 2026

Respectfully submitted,

　/s/　Erik N. Lund
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
rcadle@dnlzito.com
Tel. (202) 763-5086
DNL ZITO
1250 Connecticut Avenue, NW
Ste. 700
Washington, DC 20036
*Attorneys for Plaintiff*

1