# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

| | |
|---|---|
| Date: **1/29/2026** | Judge: Elizabeth W. Hanes |
| Time Set: **3:00 p.m.** | Reporter: Jill Trail |
| Time**:  2:55 p.m. – 3:45 p.m.** | Deputy Clerk: Tammy Eubanks |

Case Number: **2:25cv836**

**F.W.**

v.

**The Unincorporated Associations Identified in Schedule A**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| **Robert Cadle** <br> **Erik Lund** | |

PROCEEDINGS:

Matter came on for motions hearing. Counsel answered questions of the court. Argument heard.

The court noted that plaintiff has filed amended motions to expedite discovery and for temporary restraining order and ruled that the Motion for Temporary Restraining Order (ECF #8) and Motion to Expedite Discovery (ECF #11) are DENIED AS MOOT.

Based on the reasons stated on the record, the Amended Motion to Expedite Discovery (ECF #17) is GRANTED and the Motion for Service of the Complaint by Email (ECF #14) is GRANTED. Order to follow.

The Amended Motion for Temporary Restraining Order (ECF #24) is DENIED, and the Motion for Leave to File Under Seal and Proceed Under Pseudonym (ECF #4) is DENIED.

The court directed that plaintiffs serve the request on Amazon within seven (7) days. Within two (2) business days of receiving their response, service is to be made and a status report is to be filed with the court indicating that service has been made.

Court adjourned.