IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FANG WANG,

    Plaintiff,

v.                                          Civil Action. No. 2:25-cv-836

THE UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE A,

    Defendants.

## **ORDER**

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Service of the Complaint by Email, Dkt. No. 14, and Amended *Ex Parte* Motion to Expedite Discovery, Dkt. No. 17. For the reasons stated on the record, the Court GRANTS, as described below, Plaintiff's Motion to Expedite Discovery and GRANTS Plaintiff's Amended Motion for Service by Email.[1] It is hereby

ORDERED that Plaintiff shall serve limited discovery on Amazon.com, by close of business Thursday, February 5, 2026, sufficient to discover the following concerning the Defendants identified in Schedule A attached to Plaintiff's Verified Complaint, Dkt. No. 2, the name, email address, telephone number, and address.

FURTHER ORDERED that Plaintiff shall serve, via Email, Schedule A Defendants a copy of the Verified Complaint and Exhibits, Dkt. No. 2, and a copy of this Order within two (2) business days of receiving a response to their limited discovery request from Amazon.com.

---

[1] For the reasons stated on the record and given Plaintiff's filing of the Amended *Ex Parte* Motion to Expedite Discovery, Dkt. No. 17, Plaintiff's *Ex Parte* Motion to Expedite Discovery, Dkt. No. 11, is DENIED AS MOOT.

Additionally, contemporaneous with service as detailed above, Plaintiff shall file a status report indicating the status of service.

The Clerk is directed to send a copy of this Order to counsel for the Plaintiff.

IT IS SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: January 30, 2026