**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |
|---|---|
| **FANG WANG,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | **Civil Action no. 2:25-CV-00836** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(B)

Plaintiff hereby voluntarily dismisses the above action against the following Defendants with prejudice, pursuant to Rule 41(a)(1)(B): Defendant no. 4 BoHon Lighting Store (Seller ID: AM5BJVAPSADL) and Defendant no. 22. KAiSnova Direct (Seller ID: AI6VKP3YW6AH7)

The Defendant has neither answered nor filed a motion for summary judgment.

Date: March 31, 2026

Respectfully submitted,

  */s/ Erik N. Lund*
Erik N. Lund
elund@dnlzito.com
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
Robert B. Cadle (*pro hac vice*)
rcadle@dnlzito.com
Tel: (202) 763-5086

DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*